IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                            No. 4:21-cr-39-DPM

ANDRE O'NEAL SMITH                                              DEFENDANT

### ORDER

1. After conferring with counsel, Andre O'Neal Smith consented to a plea hearing before Magistrate Judge Beth Deere. On *de novo* review, the Court adopts her recommendation, *Doc. 29*. No objections were filed and the time to do so has passed.

2. Smith, who had previously been convicted of a felony, knowingly possessed a firearm with a connection to interstate commerce on 30 September 2020 in the Eastern District of Arkansas, as charged in count one of the Indictment. He made a knowing and voluntary choice to plead guilty. The Court accepts his guilty plea and convicts him of the offense.

3. A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

28 November 2022